UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH HAVERL, | § | CIVIL ACTION NO. 1-20-CV-2361 |
| | § | |
| PLAINTIFF, | § | (Judge Conner) |
| | § | |
| VS. | § | |
| | § | |
| HOWMEDICA OSTEONICS | § | |
| CORPORATION d/b/a STRYKER | § | |
| ORTHOPAEDICS; OSARTIS GMBH | § | |
| F/K/A AAP BIOMATERIALS | § | |
| GMBH; AAP IMPLANTATE AG; | § | |
| and AAP IMPLANTS, INC., | § | |
| | § | |
| DEFENDANTS. | § | |

**STIPULATION OF DISMISSAL**
**PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed by and between the parties that Plaintiff Joseph Haverl hereby dismisses this action against all Defendants, without costs and with prejudice. No pending claims remain in this matter. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of

1

Civil Procedure 60(b)(6).

Dated: September 14, 2022

/s/ Daniel R. Lapinski
Daniel R. Lapinski
**MOTLEY RICE LLC**
210 Lake Drive East, Suite 101
Cherry Hill, NJ 08002
Tel: (856) 382- 4670
Fax: (856) 667-5133
Email: dlapinski@motleyrice.com

/s/ Brady D. Williams
Brady D. Williams
Texas Bar No. 24072423
**VAN WEY, METZLER & WILLIAMS, PLLC**
12720 Hillcrest Road, Suite 600
Dallas, TX 75230
Tel: (214) 329-1350
Fax: (800) 582-1042
Email: courtfilings@vwpwlaw.com

*Counsel for Plaintiff Joseph Haverl*

/s/ Joseph H. Blum (w/permission)
Joseph H. Blum
PA Attorney No. 36874
**SHOOK, HARDY & BACON L.L.P.**
Two Commerce Square
2001 Market Street, Suite 3000
Philadelphia, PA 19103-7014
Tel: (215) 278-2555
Fax: (215) 278-2594
Email: jblum@shb.com

*Counsel for Defendant Howmedica Osteonics Corporation*

**SO ORDERED.**

_____
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania

2

## CERTIFICATE OF SERVICE

I hereby certify that I have filed the foregoing via the Court's CM/ECF system on September 14, 2022 which automatically generates notification of the filing to all counsel of record.

Respectfully submitted,

*/s/ Daniel R. Lapinski*
Daniel R. Lapinski
**MOTLEY RICE LLC**
Counsel for Plaintiff